# EXHIBIT 1

# EXHIBIT 1



| About Us | Racing News | Bettor's Corner | About Harness Racing | Fan Gear | Odds N' Ends |

- Yearling Roster
- 2 Year Olds
- 3 Year Olds
- Race Horse Roster
- Odds On Nourrir
- Stallion Roster
- Odds On Breeding
- Training Facility
- Our Staff
- Contact Us
- General FAQ's
- Email Your Questions



Hard-to-find books, videos & software Click Here
horseinfo.com



## About Us



### A Note from Dana Parham...

Odds On Racing™ was started by Dana Parham (owner) and Robin Schadt (trainer) with the purpose of building a first class Harness Racing operation. Robin was training a small stable of horses on the Chicago circuit when we first met in August of 2000. We had several phone conversations pertaining to the business of racing and the philosophies of building a successful stable before we acquired our first racehorse. About two weeks later Robin spotted a $30,000 claimer at Maywood named Staying Away N that she believed would be a good first horse for us. We claimed Staying Away N on August 25, 2000 and that was the beginning. In the early days the horses were bought under my name but as things progressed we decided to put the ownership under our current stable name of Odds On Racing™.







Back in the early days we boarded our horses at a private farm where we rented stall space by the month. The facilities were adequate but did not meet all of our needs. We had to share the training track with other stables. It was hard to get extra stalls when we needed them and the facilities lacked some of the things that we desired. Early in 2002 Robin located a 100-acre parcel of land that we thought would be perfect for our own private farm. We purchased the property in June of 2002 and Robin went to work on the general farm design. In September 2002 we contracted with Tom Lewandowski (Owner of the Million Dollar Winner "Big Tom") to build our farm/training facility and Tom had it up and running by February of 2003. We named it "Odds On Acres™" after the racing stable Odds On Racing™. Some of the features of Odds On Acres™ are listed below:



- 100 Acres located 10 minutes from Barmoral Race Track.
- 5/8 mile training track over 32' wide
- 80 stall main barn with the following upgrades:
    A. Blacksmith shop
    B. Private Veterinarian area
    C. Tack and supply room
    D. Large laundry room with four washers and four dryers
    E. Full kitchen with eating area
    F. Five large offices with a 300-gallon custom saltwater aquarium
    G. Sixteen wash bays
    H. Each 12 x 12 stall has a Dutch door and a jealousy window for maximum ventilation and for our horse's viewing pleasure
    I. Fully heated
    J. Permanent scale for weighing our horses
    K. Twenty-four hour security system
- 40 stall auxiliary barn with the following upgrades:
    A. Two supply rooms
    B. Laundry room with two washers and two dryers

- C. Two offices
- D. Eight wash bays
- E. Each 12 x 12 stall has a Dutch door and a jealousy window for maximum ventilation and for our horse's viewing pleasure
- F. Fully heated
- G. Twenty-four hour security system
- 40' x 80' maintenance building used to maintain our farm and racing equipment
- 40' x 80' pool building with the following features:
    - A. 32' diameter pool, 10' deep
    - B. Six wash bays
    - C. Double the standard amount of filtration equipment to ensure the cleanest pool possible
    - D. Padded ramp to insure the safety of the horses when entering or exiting the pool.
- Two 80' diameter Equi Cisers
- Observation tower overlooking the training track.
- Large Infield Lake scheduled for stocking in the fall of 2004
- Over 50 acres of paddocks with weather resistant sheds
- Some of the finest and most dedicated people ensuring the best care, training, and maintenance to our horses and facilities
- Four trucks with trailers for shipping our horses to the numerous racetracks that we compete at.

At the present time, Odds On Racing™ owns about 70 horses including four broodmares. We are looking forward to 2004 where we expect to have our biggest year yet in our short history. Our number one priority is the welfare of our horses! Our facility, attitude, and dedicated employees allow us to care for our horses in a manner that few others can achieve.

In closing, I hope Harness Racing, and Odds On Racing™ will attract many new fans in the future. We, at Odds On Racing™ will do all we can to help our sport remain the exciting and competitive sport it is. I also hope you will visit our site often, and please feel right at home.

Sincerely
Dana Parham

About Us | Racing News | Bettor's Corner | About Harness Racing | Fan Gear | Odd N' Ends
Odd On Racing™ Homepage    Copyright © 2010 Odds On Racing™



# EXHIBIT 2

# EXHIBIT 2

**LAS VEGAS REVIEW-JOURNAL**
**reviewjournal.com**

February 12, 2010
Copyright © Las Vegas Review-Journal

## Demanding horse owners keep heat on trainers

Richard Eng

What do **trainers** Hal Wiggins, Jimmy Jerkens and Tim Ice have in common? They developed Grade I winners Rachel Alexandra, Quality Road and Summer Bird, respectively, and then had their star **horses** taken away.

**Horse** racing is a tough business. Loyalty is in short supply. As Gordon Gekko said to Bud Fox in the movie "Wall Street," "If you want a friend, go buy a dog." No wonder some **owners** and **trainers** will try whatever it takes to win.

Wiggins developed Rachel Alexandra through the Kentucky Oaks at Churchill Downs, where she scored a spectacular 20-length triumph. After the Oaks, new **owner** Jess Jackson bought the filly from Dolphus Morrison and turned her over to **trainer** Steve Asmussen, just as he had done previously with Curlin. No explanation was needed.

Still, the now-retired Wiggins was probably both happy and sad seeing Rachel Alexandra named **Horse** of the Year and knowing the role he played.

Quality Road's dominating win at the Florida Derby proved that he was a freak. Jerkens knew he had a shot to win the Kentucky Derby if he could just **keep** the colt together. But bad feet kept Quality Road from participating in the Triple Crown.

Eventually **owner** Edward Evans fired Jerkens and transferred the colt to champion **trainer** Todd Pletcher. Quality Road just won the Donn Handicap at Gulfstream Park in track-record time, moving him atop the handicap division.

And finally, Ice, who won the Belmont Stakes, Travers, Jockey Club Gold Cup and an Eclipse Award with Summer Bird, was fired by the Jayaramans for a "lack of communication." In all, 25 of their **horses** were removed, leaving Ice with a paltry six-**horse** stable. This is a new low, even in a "what have you done for me lately" sport like racing.

The pressure to win is intense. **Horse owners** spend much more money than they take in, so most demand a great deal in return. A little **heat** is one thing, but many **trainers** face Dante's Inferno.

· HWS — The Horseplayer World Series is Feb. 18 to 20 at The Orleans. You can buy an unlimited number of entries at $1,000 apiece.

If you've never played in the HWS, find a partner and go. With a prize pool of an estimated $700,000, it's as good as it gets.

Also, a $100 qualifier will be held Feb. 21 for the 2011 event.

Richard Eng's **horse** racing column is published Friday in the Las Vegas Review-Journal. He can be reached at rich_eng@hotmail.com.

# EXHIBIT 3

EXHIBIT 3



- Odds On News
- North American News
- International News
- Harness Happenings
- Odds On Entries
- Entries and Results
- Stakes Schedule
- Race Dates
- Winner's Circle
- Behind the Scenes
- Trainer of the Month
- Legend Horse of the Month
- Horse of the Month
- Driver of the Month
- Personality of the Month




## North American News

### Pressures of the Game

**February 12, 2010**

What do trainers Hal Wiggins, Jimmy Jerkens and Tim Ice have in common? They developed Grade I winners Rachel Alexandra, Quality Road and Summer Bird, respectively, and then had their star horses taken away.

Horse racing is a tough business. Loyalty is in short supply. As Gordon Gekko said to Bud Fox in the movie "Wall Street," "If you want a friend, go buy a dog." No wonder some owners and trainers will try whatever it takes to win.

Wiggins developed Rachel Alexandra through the Kentucky Oaks at Churchill Downs, where she scored a spectacular 20-length triumph. After the Oaks, new owner Jess Jackson bought the filly from Dolphus Morrison and turned her over to trainer Steve Asmussen, just as he had done previously with Curlin. No explanation was needed.

Still, the now-retired Wiggins was probably both happy and sad seeing Rachel Alexandra named Horse of the Year and knowing the role he played.

Quality Road's dominating win at the Florida Derby proved that he was a freak. Jerkens knew he had a shot to win the Kentucky Derby if he could just keep the colt together. But bad feet kept Quality Road from participating in the Triple Crown.

Eventually owner Edward Evans fired Jerkens and transferred the colt to champion trainer Todd Pletcher. Quality Road just won the Donn Handicap at Gulfstream Park in track-record time, moving him atop the handicap division. And finally, Ice, who won the Belmont Stakes, Travers, Jockey Club Gold Cup and an Eclipse Award with Summer Bird, was fired by the Jayaramans for a "lack of communication."

In all, 25 of their horses were removed, leaving Ice with a paltry six-horse stable. This is a new low, even in a "what have you done for me lately" sport like racing.

The pressure to win is intense. Horse owners spend much more money than they take in, so most demand a great deal in return. A little heat is one thing, but many trainers face Dante's Inferno.

---

About Us | Racing News | Bettor's Corner | About Harness Racing | Fan Gear | Odd N' Ends
Odd On Racing™ Homepage    Copyright © 2010 Odds On Racing™




# EXHIBIT 4

# EXHIBIT 4

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:        Text

Registration Number / Date:
                     TX0007139356 / 2010-05-06

Application Title: Demanding horse owners keep heat on trainers.

Title:               Demanding horse owners keep heat on trainers.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-02-12

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:      C.O. correspondence.

Names:               Stephens Media LLC
                     Righthaven LLC

==========================================================================
```

5/17/2010 9:43 AM