STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>ODDS ON RACING, an Illinois general partnership; DANA PARHAM and ROBIN SCHADT, as general partners of ODDS ON RACING,<br><br>Defendants. | Case No.: 2:10-cv-00816-GMN-RJJ<br><br>**PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

TO DEFENDANTS ODDS ON RACING, DANA PARHAM, ROBIN SCHADT AND THEIR ATTORNEYS OF RECORD (collectively the "Defendants"):

Plaintiff Righthaven LLC hereby accepts the entry of judgment to be taken against the Defendants pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. It is stipulated that Defendants' corporate entity, Odds On Racing, LLC, a limited liability company of the state of Florida, has infringed Plaintiff's U.S. Copyright Registration No. TX0007139356 (the "Copyright Registration") by posting, without Plaintiff's authorization, the newspaper article that is the subject of the Copyright Registration, which Defendants'

1

corporate entity, Odds On Racing, LLC's agent obtained from a third party source (the "Infringing Article").

2. Plaintiff is awarded the amount of $5,000 (Five Thousand and 00/100 Dollars) in damages (including costs and attorneys' fees) up to the date of entry of this Judgment.

3. Defendants are permanently enjoined from any further use of the Infringing Article.

4. If Plaintiff does not accept this Offer of Judgment, in the manner and within the time set forth in Fed. R. Civ. P. 68, NRCP 68, and NRS 17.115 this offer shall be deemed withdrawn and evidence hereof is not admissible except in a proceeding to determine attorney's fees and costs.

The terms of judgment set forth herein are identical to the terms of judgment set forth in Defendants' Offer of Judgment, received by Righthaven via electronic mail and facsimile on July 22, 2010 and to be subsequently served on Righthaven via first class mail as required by Rule 5(a)(1)(E) of the Federal Rules of Civil Procedure.

Dated this twenty-third day of July, 2010.

RIGHTHAVEN LLC

By: /s/ J. Charles Coons
STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Righthaven LLC, and on this date, a true and correct copy of the foregoing document, **PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**, was served upon the following individuals via CM/ECF and electronic mail:

Robert C. Ryan, Esq.
Nevada Bar No. 7164
Jerry M. Snyder, Esq.
Nevada Bar No. 6830
HOLLAND & HART LLP
5441 Kietzke Lane
Second Floor
Reno, NV 89511
Phone: (775) 327-3000
Fax: (775 786-6179
*Attorneys for Defendants Odds on Racing,
Dana Parham, and Robin Schadt*


Dated: July 23, 2010               /s/J. Charles Coons
                                   J. Charles Coons